# United States Court of Appeals
## For the First Circuit

No. 25-2141

DAVID ANTONIO PEREZ-ESCOBAR,

Petitioner - Appellee,

v.

ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; PATRICIA HYDE, Field Office Director; MICHAEL KROL, HSI New England Special Agent in Charge; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, U.S. Secretary of Homeland Security,

Respondents - Appellants.

**JUDGMENT**

Entered: February 19, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellants' assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald C. Lockhart
Rayford A. Farquhar
Abraham R. George
Julian N. Canzoneri
Justin R. Dashner